MATILDA L. CORDTS, Individually and as Executrix of JOHN N. CORDTS, Deceased, et al., Appellants, v. THE HUTTON COMPANY et al., Respondents.

(Argued October 24, 1934; decided November 27, 1934.)

*William D. Cunningham* and *John J. Dillon* for appellants.

*Harry H. Flemming* for respondents.

Appeal from order granting an additional allowance dismissed, with costs. Judgment modified by striking out provision for an additional allowance and as so modified affirmed, without costs. *Held*, that this is not a proper case for an additional allowance under Civil Practice Act, section 1513, subdivision 2. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LOUGHRAN, J.